1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  MARILYN ELIZABETH QUALLS, | Case No.  1:20-cv-01461-SAB |
| 12          Plaintiff, | ORDER GRANTING STIPULATED REQUEST TO EXTEND TIME FOR |
| 13      v. | DEFENDANT TO RESPOND TO PLAINTIFF'S CONFIDENTIAL LETTER |
| 14  COMMISSIONER OF SOCIAL SECURITY, | BRIEF |
| 15 | (ECF No. 17) |
| 16          Defendant. | |

17

18        On December 16, 2021, the parties filed a stipulation extending the time for Defendant to

19 serve a confidential letter brief by fourteen days due to an impacted workload, and additionally

20 proffering the Defendant is considering a potential remand.  (ECF No. 17.)

21        Pursuant to the stipulation and finding good cause, IT IS HEREBY ORDERED that

22 Defendant's confidential letter brief shall be served on or before December 31, 2021;

23
24 IT IS SO ORDERED.

25 Dated:   **December 17, 2021**                                        _____

26                                                                          UNITED STATES MAGISTRATE JUDGE

27
28