# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN ELIZABETH QUALLS,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:20-cv-01461-SAB<br><br>ORDER RE: STIPULATION FOR AWARD OF ATTORNEYS' FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br>(28 U.S.C. § 2412(d))<br><br>(ECF No. 22) |

Plaintiff Marilyn Elizabeth Qualls filed the complaint in this action on October 14, 2020. (ECF No. 1.) On December 27, 2021, pursuant to the parties' stipulation for remand, the Court remanded the action for further proceedings, and entered judgment in favor of Plaintiff. (ECF Nos. 19, 20, 21.) On March 16, 2022, the parties filed a stipulation for the award of attorney fees in the amount of $1,402.29 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). (ECF No. 22.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///

///

///

Accordingly, IT IS HEREBY ORDERED that pursuant to the stipulation of the parties, Plaintiff is awarded attorneys' fees in the amount of $1,402.29 under the EAJA, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated:  **March 17, 2022**

UNITED STATES MAGISTRATE JUDGE